David Ali Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
T: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com

Attorneys for Plaintiff,
MARK VALENZUELA

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MARK VALENZUELA | **Case No.:** |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| ADMIN RECOVERY, LLC; and DOES 1 through 10, inclusive, | **Demand Does Not Exceed $10,000** |
| Defendants. | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

## I.   INTRODUCTION

1.  This is an action for actual and statutory damages brought by plaintiff Mark Valenzuela, an individual consumer, against defendant Admin Recovery,

- 1 -

LLC, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter ''FDCPA''), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II.    JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331 and § 1337.  Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## III.    PARTIES

3.  Plaintiff, Mark Valenzuela is a consumer, a natural person allegedly obligated to pay any debt, residing in the state of Arizona.

4.  Defendant, Admin Recovery, LLC is a foreign corporation engaged in the business of collecting debt in this state with its principal place of business located in the state of New York.  The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

5.  Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempts to collect consumer debts alleged to be due to another.  Defendant is a ''debt collector'' as defined by the FDCPA, 15 U.S.C. § 1692a(6).

COMPLAINT

## IV.   FACTUAL ALLEGATIONS

6.  Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, calls which displayed the intent to harass and annoy Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number.

7.  The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8.  Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff prior to July 18, 2012.

9.  Upon information and belief, Defendant, within one year prior to the filing of this complaint, continued to call Plaintiff at his place of employment without his consent and after having already been given reason to know that this inconvenienced him and/or was prohibited.

10.  Defendant, during communications with Plaintiff, within one year prior to the filing of this complaint, did not state that Defendant was a debt collector, attempting to collect on a debt, and that any information obtained would be used

for that purpose.

11.  As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in Plaintiff feeling stressed, and embarrassed, amongst other negative emotions.

## V.    FIRST CLAIM FOR RELIEF

12.  Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

13.  Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

(a)  Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

(b) Defendant violated *§1692a(3)* by calling Plaintiff's place of employment with knowledge or the reason to know that the consumer's employer prohibits the consumer from receiving such communication, without the prior consent of Plaintiff given directly to Defendant or the express permission of a court of competent jurisdiction; and

(c) Defendant, during communications with Plaintiff, within one year

COMPLAINT

from the filing of this complaint, did not state that Defendant was a

debt collector, attempting to communicate a debt, and that any

information would be used for that purpose.

14.  Defendant's acts as described above were done intentionally with the purpose

of coercing Plaintiff to pay the alleged debt.

15. As a result of the foregoing violations of the FDCPA, Defendant is liable to the

plaintiff Mark Valenzuela for actual damages, statutory damages, and costs and

attorney fees.

**WHEREFORE**, Plaintiff Mark Valenzuela respectfully requests that judgment be

entered against defendant Admin Recovery, LLC for the following:

A. Actual damages.

B. Statutory damages pursuant to 15 U.S.C. § 1692k.

C. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

D. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED,
DATED:     September   26,     **PRICE LAW GROUP APC**
2012

By:/s/ David Ali Chami
David Ali Chami
Attorney for Plaintiff

COMPLAINT

1

2                              ***DEMAND FOR JURY TRIAL***

3   Please take notice that plaintiff Mark Valenzuela demands trial by jury in this

4   action.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPLAINT