David Ali Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
T: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com

Attorneys for Plaintiff,
MARK VALENZUELA

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MARK VALENZUELA<br><br>Plaintiff,<br><br>vs.<br><br>ADMIN RECOVERY, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02045-DKD<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, MARK VALENZUELA, by and though his attorneys, informs this Honorable Court that Plaintiff has settled his case with Defendants, ADMIN RECOVERY, LLC; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

|   |   |
|---|---|
| DATED:<br>February 6, 2013 | RESPECTFULLY SUBMITTED,<br><br>**PRICE LAW GROUP APC**<br><br>By:<u>/s/ David Ali Chami</u><br>David Ali Chami<br>Attorney for Plaintiff |

NOTICE OF SETTLEMENT