IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Valenzuela,<br><br>  Plaintiff,<br><br>vs.<br><br>Admin Recovery LLC, et al.,<br><br>  Defendants. | No.  CV-12-2045-PHX-DKD<br><br>**ORDER** |

On February 6, 2013, the Plaintiff filed a Notice of Settlement (Doc. 7). That same date the Court issued an Order stating "that this matter will, without further Order of this Court, be dismissed with prejudice within 45 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date" (Doc. 8). A stipulation for dismissal was not filed. Accordingly,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice.

DATED this 29th day of March, 2013.

David K. Duncan
United States Magistrate Judge